1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
5  Fax: (415) 981-1270

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 
   SANDRA M. JOHNSON,                 )   No. C 06 1462 JSW
11                                    )
                  Plaintiff,          )   Before the Honorable JEFFREY S. WHITE
12                                    )
                                      )   [~~PROPOSED~~] ORDER VACATING
13 vs.                                )   AND/OR CONTINUING CASE
                                      )   MANAGEMENT CONFERENCE
14 ELI LILLY AND COMPANY,             )
                                      )   Conference Date:  JUNE 23, 2006
15                Defendant.          )   Conference Time:  1:30 p.m.
                                      )   Location:         Courtroom 2, 17TH Fl.
16 _____ )

17     For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the JUNE 23, 2006 Case Management Conference ("CMC") to

19 December 8, 2006         , at  1:30 p.m.  . In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
    Plaintiff is HEREBY ORDERED to serve Defendant within 120 days of the date of this Order.
23
      **IT IS SO ORDERED**
24

25
       DATED: June 9, 2006
26
                                              _____
27                                            HONORABLE JEFFREY S. WHITE
                                              United States District Court Judge
28

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1