1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7
                       UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10
   ZACKARIUS KLEINSASSER,            )   No. C 06 01469 JSW
11                                   )
                  Plaintiff,         )   Before the Honorable JEFFREY S. WHITE
12                                   )
                                     )   [~~PROPOSED~~] ORDER VACATING
13 vs.                               )   AND/OR CONTINUING CASE
                                     )   MANAGEMENT CONFERENCE
14 ELI LILLY AND COMPANY,            )
                                     )   Conference Date:   JUNE 16, 2006
15                Defendant.         )   Conference Time:   1:30 p.m.
                                     )   Location:          Courtroom 2, 17TH Fl.
16 _____  )

17     For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the JUNE 16, 2006 Case Management Conference ("CMC") to
   __December 8, 2006__, at __1:30 p.m.__. In the event the case is not transferred to the Honorable
19
   Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*
20
   *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC
21
   Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
22
   Plaintiff is HEREBY ORDERED to serve Defendant within 120 days of the date of this
23 Order. ~~IT IS SO ORDERED~~

24

25

26     DATED: June 9, 2006
                                              /s/ Jeffrey S. White
27                                         _____
                                           HONORABLE JEFFREY S. WHITE
28                                         United States District Court Judge

---

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1